HHN




**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Mitchell Thomas

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case 08CV4456
JUDGE COAR
MAGISTRATE JUDGE MASON
(To be supplied by the Clerk of this Court)

Tom Dart
officer Coleman
Cook County Dept. of correction
Detainee Demetrius Johnson

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Mitchell Thomas

B. Date of Birth: 5/10/58

C List all aliases: Mitch

D. Prisoner identification number: 2006 0002901

E. Place of present confinement: Cook Count Jail

F. Address: 2700 S. California Ave. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tom Dart

Title: Sheriff

Place of Employment: 50 W. Washington suite 704 CHI. IL. 60608

B. Defendant: Officer Coleman

Title: Cook County Jail Officer

Place of Employment: 2700 S. California Ave. CHI, IL. 60608

C. Defendant: (Detainee) Demetrius Johnson

Title: Detainee At Cook County Jail

Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON JUNE 30, 2007 AT 1645 hrs. I WAS ATTACKED with NO PROVOCATION by detainee "DEMETRIUS JOHNSON." DETAINEE Johnson first punched me in the face, then he kicked me. I grabbed him so he wouldn't punch, or kick me again. As I was holding on to him; he fell on top of me. I tried to break my fall with my right arm. My right shoulder was damaged I could feel discomfort immediately. I hit my right shoulder on the floor, my head hit the wall. As I may have blacked out for a few seconds. I really don't remember what happened next. Since this incident I have been having Recurring headaches. I have been filling out sick call slips for my headaches, and right shoulder, as I am in constant pain. Except, when I take my psycotropic medication at bedtime which it does put me to sleep. This attack on me took place on this dorm in front of many witnesses. Their names were put on the grievance form I filed. Action I filed on the grievance form. Are criminal charges for Assault and battery on defendant "Demetrius Johnson." I

was told by a doctor here at the jail. I will need surgery but my injury is not life threatening. But I am in constant pain and I am suffering

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Plaintiff Demand 2.5 Million dollars in punitive Damages from Defendants to punish the Defendants
2) Plaintiff Demand A Jury Trial
3) Plaintiff Demand compensatory damages of $500.00 A day for Amount of Days it took to complete therapy
4) Plaintiff Demand Nominal Damages.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of July, 20 08

Mitchell Thomas
(Signature of plaintiff or plaintiffs)

Mitchell Thomas
(Print name)

20060002901
(I.D. Number)

P.O. Box 089002
Chicago, IL. 60608
(Address)



CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608

Patient Copy

1

Patient Thomas Mitchell ID# 06-0029?1 Date 11-14-07

Problem Location Weight Date of Birth 5-10-58

Order (Physician's Signature after last order) Allergy:

Rx

FOR INFORMATION ONLY - DO NOT DISPENSE

DEA / Illinois Lic.# Physician ** PRINT Time:

Med/Surg [ ] MHS [ ]

Patient Copy

2

Patient Thomas, Mitchell ID# 06-0002901 Date 12/19/07

Problem Location BRUB1 Weight Date of Birth 5/10/58

Order (Physician's Signature after last order) Allergy:

(1) Naprosyn 500mg po c food BID prn x 8wks
(2) Robaxin 750mg po BID prn x 8wks
(3) OK to continue to wear sling to R arm until PT evaluation
(4) CTM 4mg po BID x 4 days

FOR INFORMATION ONLY - DO NOT DISPENSE

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [X] MHS [ ]

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5822

Patient Copy

2

Patient Thomas, Mitchell ID# 06-0002901 Date 1/30/08

Problem Location 8 Weight Date of Birth 5-10-58

Order (Physician's Signature after last order) Allergy: NKDA

Rx

(1) CTM 4mg po twice daily x 5 days
(2) Push oral fluids

FOR INFORMATION ONLY - DO NOT DISPENSE

DEA / Illinois Lic.# Physician ** PRINT Time:

Form 853.01

Med/Surg [ ] MHS [ ]

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

Patient Copy

2

Checked

Patient Thomas, Mitchell ID# 2006-000-2901 Date 7/9/08

Problem Location 10-? Weight Date of Birth 5/10/58

Order (Physician's Signature after last order) Allergy: NKA

[illegible]

Filled

Data Entry

FOR INFORMATION ONLY - DO NOT DISPENSE

DEA / Illinois Lic.# Physician ** PRINT Time:

Med/Surg [✓]
MHS [ ]

Form 853.01

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

Patient Copy

1

Checked

Patient Thomas, Mitchell ID# 2006-000-2901 Date 6/19/08

Problem Location 10-2A Weight Date of Birth 5/10/58

Order (Physician's Signature after last order) Allergy:

Motrin 600 mg p.o. BID X 7 days

Filled

Data Entry

FOR INFORMATION ONLY - DO NOT DISPENSE

DEA / Illinois Lic.# Physician ** PRINT Time: 1:50 pm

Med/Surg [ ]
MHS [✓]

Form 853.01

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

Patient Copy

2

Checked

Patient Thomas, Mitchell ID# 20060002901 Date 5-7-08

Problem Location [illegible] Weight Date of Birth 5-10-58

Order (Physician's Signature after last order) Allergy: NKA

1) Robaxin 750mg PO BID × 8wk
2) Tylenol 325mg ii tab BID/PRN × 8wk
3) Artificial Tears 2-3 drops to each eye TID/PRN × 8wk.

Filled

Data Entry

FOR INFORMATION ONLY - DO NOT DISPENSE

DEA / Illinois Lic.# Physician ** PRINT Time:

Med/Surg [ ]
MHS [ ]

Form 853.01

Part-A / Control #: X

Referred To:

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Thomas First Name: MITCHELL

ID #: 2006-0002701 Div.: RTU Living Unit: B-1 Date: 11/27/07

BRIEF SUMMARY OF THE COMPLAINT: I filled out a sick call slip about 3 1/2 wks. ago! Only to get no response. I have been having recurring headaches and extreme pain in my right shoulder

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I need surgery to my R-shoulder, also I need a doctor to see why I keep having headache

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Mitchell Thomas

C.R.W.'S SIGNATURE: DATE C.R.W. RECEIVED: / /

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: X

Referred To:

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: THOMAS First Name: MITCHELL

ID #: 2006-0002901 Div.: RTU Living Unit: B-1 Date: 12/4/07

BRIEF SUMMARY OF THE COMPLAINT: It has been more than 1 month I was scheduled for physical therapy. Pain in my right shoulder has been intense where even brushing my teeth I am in discomfort. Also, I have been filling out sick call slips About headaches that keep recurring on the right side of my head.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I can't see physical therapy helping my R-shoulder pain I have surgery is the only alternativ

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Mitchell Thomas

C.R.W.'S SIGNATURE: DATE C.R.W. RECEIVED: / /

***Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

JA

Part-A / Control #: X

Referred To: SUPT. DIV. 10

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Thomas First Name: Mitchell

ID #: 2006 - 0002901 Div.: 10 Living Unit: 2B Date: 05/29/08

BRIEF SUMMARY OF THE COMPLAINT: I AM DIAGNOSED AS psycho effective/ bi polar symptoms I should be in a dorm type (RTU) setting. AT times it feels like the walls in this cell ARE closing IN ON ME, Along with the big MICE coming IN AND OUT UNDER the door of my cell

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

That I BE MOVED TO A DORM SETTING

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Mitchell Thomas

C.R.W.'S SIGNATURE: [signature]

DATE C.R.W. RECEIVED: 6 / 4 / 08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

2008X1123

Referred To: Cermak

Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Thomas First Name: Mitchell

ID #: 2006 - 0002901 Div.: 10 Living Unit: 2A Date: 06 / 16 / 2008

BRIEF SUMMARY OF THE COMPLAINT: MY RIGHT SHOULDER WAS INJURED 6/30/07 I HAVE BEEN IN PAIN SINCE THE INCIDENT OCCURED. ALSO, I HAVE BEEN HAVING FREQUENT HEADACHES AS MY HEAD hit the floor when the injury happened to my right Shoulder

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Could I PLEASE BE TAKEN TO A HOSPITAL FOR SURGERY (R-SHOULDER). PAIN MEDICATION HAS NOT HELPED

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Mitchell Thomas

C.R.W.'S SIGNATURE: [signature]  DATE C.R.W. RECEIVED: 6/ /08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2007 X 2135

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Thomas **First Name:** Mitchell **ID#** 2006-0002901

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lack of medical treatment.

**C.R.W. Referred Griev. To:** CERMAK **Date Referred:** 10/19/07

**Response Statement:** Referred to Div. Physician

C. Smith - [signature] **Date:** 10/23/07 **Div./Dept.** CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

_____ - _____ **Date:** 10/25/07 **Div./Dept.** 3/8
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

Walker [signature] **Date:** 10/23/07
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 10/25/07 **Detainee Signature:** Mitchell Thomas

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* 10/31/07

*Detainee's Basis For An Appeal:* I HAVE NOT SEEN A DOCTOR. I REALLY DO BELIEVE THE ONLY WAY I WILL NOT BE IN PAIN. IS TO HAVE SURGERY DONE TO MY RIGHT SHOULDER. ALL OF THE PAIN MEDICATION I HAVE BEEN TAKING DOES NOT RELIEVE THE PAIN I ENDURE.

*Appeal Board's Acceptance Of Detainee's Request:* YES ☐ NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*
PER CHS ADMIN detainee is being monitored while waiting for surgery - it is not considered urgent

(CHS MEANS CERMAK HEALTH SERVICES)

*Appeal Board's Signatures / Dates:*
[signature] 11/6/07 [signature] 11-6-7

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 11/8/07 **Detainee Signature:** Mitchell Thomas

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2009 X 2380

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Thomas **First Name:** Mitchell **ID#:** 2006-0002901

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lack of medical attention

**C.R.W. Referred Griev. To:** Cermak **Date Referred:** 11/29/07

**Response Statement:** Referred to Medical & Patient Care Services

C. Smith (print - name of individual responding to this griev.) — [signature] (signature of individual responding to this griev.) **Date:** 11/30/07 **Div./Dept.** CHS

Supt. [illegible] (print - name of Supt./ Designee / Dept. Admin.) — [signature] (signature of Supt./ Designee / Dept. Admin.) **Date:** 12/4/07 **Div./Dept.** 5/1

C. Warren (print - name of Prog. Serv. Admin./ Asst. Admin.) — [signature] (signature of Prog. Serv. Admin./ Asst. Admin.) **Date:** 11/30/07

**Date Detainee Received Response:** 12/5/07 **Detainee Signature:** Mitchell Thomas

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 12/05/07

***Detainee's Basis For An Appeal:*** I am in discomfort when I use my right arm to brush my teeth, my R-shoulder hurts! Also as for the recurring headaches I have. I could possibly have a brain tumor. A MRI or Cat Brain Scan is what I need to determine why I can't get rid of the headaches.

***Appeal Board's Acceptance Of Detainee's Request:*** YES ☐ NO ☒

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*** Per CHS Administration detainee was seen in sick call on 12/21/07

***Appeal Board's Signatures / Dates:*** [signature] 1/8/08 [signature] 1-8-8

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 1/10/08 **Detainee Signature:** Mitchell Thomas

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

DETAINEE COPY

Part – B / Control #: 2008 X 0532

**C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE**

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Thomas **First Name:** Mitchell **ID#:** 2006-0062901

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lack of medical attention

**C.R.W. Referred Griev. To:** Cermak **Date Referred:** 3/25/08

**Response Statement:** Referred to Div. Physician

C Smith - [signature] **Date:** 3/31/08 **Div./Dept.** CHS

(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

[illegible] - [signature] **Date:** 4/2/08 **Div./Dept.** 3/6

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mulle - [signature] **Date:** 4/1/08

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 04/03/08 **Detainee Signature:** Mitchell Thomas

***REQUEST FOR AN APPEAL***

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 04/4/08

***Detainee's Basis For An Appeal:*** I CAN'T DO MUCH WITH MY RIGHT SHOULDER BECAUSE OF THE PAIN I ENDURE. MEDICATION I'M TAKING FOR PAIN IS NOT HELPING. ALSO, I STILL HAVE HEADACHES THAT WON'T GO AWAY ~~MY~~ HEADACHES KEEP OCCURING

***Appeal Board's Acceptance Of Detainee's Request:*** YES ☒ NO ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*** CHS - please ~~[illegible]~~ re-schedule detainee for missed appointments

DETAINEE COPY

***Appeal Board's Signatures / Dates:*** [signature] J. Thomas 5/20/08

**Date Detainee Rec.'d the Appl. Bd.'s Response:** __/__/__ **Detainee Signature:** Mitchell Thomas

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # 2008X1123

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Thomas **First Name:** Mitchell **ID#:** 2006-0002901

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** [illegible]

**C.R.W. Referred Griev. To:** Cermak **Date Referred:** 06/20/08

**Response Statement:** [illegible]

[illegible] (print- name of individual responding to this griev.) — [signature] (signature of individual responding to this griev.) **Date:** 6/ /08 **Div./Dept.** CHS

[illegible] (print - name of Supt. / Designee / Dept. Admin.) — [signature] (signature of Supt. / Designee / Dept. Admin.) **Date:** 6/26/08 **Div./Dept.** 10

J. Mueller (print - name of Prog. Serv. Admin./ Asst. Admin.) — [signature] (signature of Prog. Serv. Admin./ Asst. Admin.) **Date:** 6/25/08

**Date Detainee Received Response:** 6/ / **Detainee Signature:** [signature]

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* 6/27/08

*Detainee's Basis For An Appeal:* ON 11/6/07 THE APPEAL BOARD DECISION WAS, I AM BEING MONITORED FOR SURGERY. I HAVE BEEN IN PAIN AND DISCOMFORT FOR ABOUT 1 YEAR CAN I PLEASE BE TAKEN FOR SURGERY TO MY R-SHOULDER

*Appeal Board's Acceptance Of Detainee's Request:* YES ☐ NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

*Appeal Board's Signatures / Dates:*

**Date Detainee Rec.'d the Appl. Bd.'s Response:** __/__/__ **Detainee Signature:** ______

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)