IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS

MITCHELL THOMAS,
   (Plaintiff)

-vs-

Tom Dart / Cook County Dept of Corrections Officer Coleman Demetrius Johnson
   (defendant)

Case no. _____

08CV4456
JUDGE COAR
MAGISTRATE JUDGE MASON

FILED
AUG 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

   Now come the Plaintiff Mitchell Thomas, pursuant to 28 U.S.C. 1915 (e) (1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

   1. Plaintiff is incarcerated at the Cook County Jail and can not afford an attorney to represent him. He has requested leave to proceed Informa pauperis.

   2. Plaintiff's incarceration will greatly limit his ability to litigate. The issues involved in this case are very complex and will require significant research and investigation into the medical field. The law library at the Cook County Jail in division 10 where the plaintiff is housed is inadequate in that it lacks the accountraments needed to prepare forms and or legal arguments should this case go to trial. The law library is not abreast in the fedral court proceedings or in civil tort claims, therefore further limiting the plaintiff in his cause that is before this honorable court.

   3. Atrial in this case will likely involve expert witnesses in the medical field and or conflicting testimony, counsel would better enable the plaintiff to present evidence, contact and perform depositions if neccesary as well as cross-examine any witnesses that the defendants may call. The plaintiff also only has an eighth grade education and the defendants would have the advantage of having litigators with at least a master's degree, which would extremely disadvantage the plaintiff. The defendants would also have a entire law firm at their disposal as well as para-legals to do research. Investigators to go out in the field, to which the plaintiff cannot do because of his present incarceration. All of these requisites the plaintiff does not have and prays this honorable court will grant his motion for appointment of counsel in the intrest of justice.

   4. The plaintiff has made repeated efforts to try and obtain legal counsel. Plaintiff's attempts have all been in vain. Attached to this motion are letters that the plaintiff has written to various law firms and attorneys attempting to obtain legal representation.

Respectfully Submitted
Mitchell Thomas

# CANNA AND CANNA, LTD.　　　ATTORNEYS AT LAW

JOHN F. CANNA

THOMAS J. CANNA

DAWN M. HINKLE

JOSHUA R. RUNNELS

10703 WEST 159TH STREET
ORLAND PARK, ILLINOIS 60467-4531

TELEPHONE 708 349-2772
FACSIMILE 708 349-8272

www.CannaLaw.com

July 9, 2008

Mr. Mitchell Thomas
2006002901
P.O. Box 089002
Chicago, Illinois 60608

Dear Mr. Thomas:

    I received your correspondence of June 19, 2008 concerning the incident with Demetrius Johnson and the resulting injury to your shoulder. Unfortunately, my law office is fairly small and we are currently handling a substantial workload. I will not be able to represent you in this matter. I am returning the materials that you provided in the hopes that you will be able to find another attorney able to handle the matter for you. Please be advised that personal injury and Section 1983 claims must be commenced within two years after the cause of action accrued and civil actions against public entities and public employees must be commenced within one year after the cause of action accrued. Although my firm will not be able to represent you in this matter, we do wish you the best of luck in your efforts.

Sincerely,

THOMAS J. CANNA

Enclosures